1 | SHAWN N. ANDERSON
United States Attorney
2 | MARIVIC P. DAVID
Assistant U.S. Attorney
3 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4 | Hagåtña, Guam 96910
PHONE: (671) 472-7332
5 | FAX: (671) 472-7215

6 | Attorneys for the United States of America

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE TERRITORY OF GUAM

9 | UNITED STATES OF AMERICA,    CRIMINAL CASE NO. 23-00017

10 | Plaintiff,    **INDICTMENT**

11 |                              **POSSESSION WITH INTENT TO**
      vs.                        **DISTRIBUTE METHAMPHETAMINE**
12 |                              **HYDROCHLORIDE**
                                 [21 U.S.C. § 841(a)(1) & (b)(1)(C) and 18 U.S.C.
13 | JOSHUA SHARP,               § 2]

14 | Defendant.                  **NOTICE OF FORFEITURE**
                                 [21 U.S.C. § 853(a)]
15 |

16 | THE GRAND JURY CHARGES:

17 | **POSSESSION WITH INTENT TO DISTRIBUTE**
      **METHAMPHETAMINE HYDROCHLORIDE**

18 |
      On or about February 6, 2023, in the District of Guam, the Defendant, JOSHUA SHARP,
19 |
    knowingly and intentionally possessed with intent to distribute methamphetamine hydrochloride,
20 |
    a Schedule II controlled substance.
21 |
      All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title
22 |
    18, United States Code, Section 2.
23 |
    //
24 |

INDICTMENT - 1

## NOTICE OF FORFEITURE

1.     The allegation contained in the sole Count of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2.     Upon conviction of any Title 21 controlled substance offense alleged in the sole Count of this Indictment, the Defendant, JOSHUA SHARP, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.  The property to be forfeited includes, but is not limited to, the following:

### MONEY JUDGMENT

A sum of money representing the amount of proceeds obtained as a result of the offense.

3.     If any of the property described above, as a result of any act or omission of the Defendant:

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to or deposited with, a third party;

      c.  has been placed beyond the jurisdiction of the Court;

      d.  has been substantially diminished in value; or

      e.  has been comingled with other property which cannot be divided without difficulty;

//

//

//

//

INDICTMENT - 2

1  the United States of America, shall be entitled to forfeiture of substitute property pursuant to Title

2  21, United States Code, Section 853(p).

3      DATED this 26 day of July, 2023.

4                                          A TRUE BILL.

5

6                                          REDACTED

7

8   SHAWN N. ANDERSON
    United States Attorney
    Districts of Guam and NMI

9

10  By:  _____

11  MARIVIC P. DAVID
    Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

INDICTMENT - 3