| Criminal Case Cover Sheet | U.S. District Court |
|---|---|

**Place of Offense:**
City: _____Hagåtña_____     **Related Case Information:**

Country/Parish _____ Superseding Indictment _____ Docket Number __23-00017__
Same Defendant _____     New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__     Matter to be sealed: __X__ Yes _____ No

Defendant Name:     __Joshua Sharp__

Alias Name:     _____

Address:     _____

Birthdate __xx/xx/1980__  SS# __xxx-xx-3449__  Sex __M__  Race __White__  Nationality __US__

**U.S. Attorney Information:**

AUSA __Marivic P. David__

Interpreter: __x__ No ___ Yes     List language and/or dialect: _____

**Location Status:**

Arrest Date: _____
Already in Federal Custody as of _____ in the _____
☐ Already in State Custody   ☐ On Pretrial Release

RECEIVED JUL 26 2023 DISTRICT COURT OF GUAM HAGÅTÑA, GUAM

**U.S.C. Citations**
Total # of Counts: __1__     ___ Petty  ___ Misdemeanor  __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  21 USC § 841(a)(1) and (b)(1)(C) & 18 U.S.C. § 2 | Possession with Intent to Distribute Methamphetamine Hydrochloride | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

Date: __7/26/23__     Signature of AUSA: _/s/_

ORIGINAL