JOHN T. GORMAN
Federal Public Defender
District of Guam

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Joshua Sharp

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 23-00017 |
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION TO |
| vs. | ) | CONTINUE TRIAL AND |
| | ) | RELATED DATES PURSUANT |
| JOSHUA SHARP, | ) | TO 18 U.S.C. § 3161 |
| | ) | |
| Defendant. | ) | |
| | ) | |

Joshua Sharp, through counsel, respectfully moves the Court for an order vacating and resetting the trial and related pre-trial deadlines pursuant to 18 U.S.C. § 3161 in approximately 3 months to satisfy the ends of justice. Assistant United States Attorney, Marivic David, does not object to this motion.

This motion is made on several grounds. Mr. Sharp is currently undergoing inpatient drug treatment at Lighthouse Recovery Center (LRC). In July of this year, Mr. Sharp had just started the detox portion of the residential program when the United States Marshals Service arrested him for prosecution in this matter. (*See* ECF 1 & 4). LRC held Mr. Sharp's bed for him, and after a Detention Hearing, the Court

released Mr. Sharp back to the program. (ECF 5 & 9). Mr. Sharp recommenced the detox program upon his return to LRC. During that time, he was unable to have outside contact, including with counsel, for several weeks. The drug treatment program generally takes 6 months to complete.

Counsel was out of the office for several weeks in August, including to attend a Federal Defender training conference and was therefore unable to meet with Mr. Sharp immediately after he completed the detox portion of the program. Mr. Sharp and counsel are working to set up a meeting to discuss his discovery, case, and plea offer later this week or early next week, depending on LRC's schedule.

In addition to inpatient treatment, Mr. Sharp suffers from a heart condition that requires surgery. He is currently medicated for his heart issues and is stable. While at LRC, staff has assisted Mr. Sharp with trips to Guam Public Health to obtain Medicaid and to begin scheduling the necessary heart surgery. He does not yet have a date-certain for the procedure and is waiting on Public Health for scheduling. Public Health informed Mr. Sharp that he would be on a waiting list for 30-45 days, of which 30 days has already passed.

The requested continuance would allow Mr. Sharp and counsel to effectively prepare, review discovery, discuss and file potential motions, and review the government's first plea offer. Failure to grant the requested continuance would deny Mr. Sharp effective assistance of counsel and unreasonably deny him and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS STIPULATED AND AGREED by and between the parties that this delay in time shall be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161. Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Sharp's best interest, furthers judicial economy and efficiency, and is in society's best interests. Thus, the ends of justice are served by this proposed continuance.

DATED: Mongmong, Guam, September 11, 2023.

/s/



Briana E. Kottke
Assistant Federal Public Defender
District of Guam

Attorney for Joshua Sharp